IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01467-CBS

THE TRAVELERS INDEMNITY COMPANY,
 Plaintiff,

v.

M & S KIM LLC,
 Defendant.

---

## ORDER DISMISSING CASE WITHOUT PREJUDICE

---

 The court having reviewed the Notice of Voluntary Dismissal of Complaint without Prejudice (filed June 19, 2014) (Doc. # 8) and being fully advised in the premises,

 IT IS ORDERED that this civil action is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

 Dated at Denver, Colorado this 19th day of June, 2014.

            BY THE COURT:


            s/Craig B. Shaffer
            United States Magistrate Judge